SADIE V. LEGG, as Administratrix of the Estate of HARRY P. LEGG, Deceased, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Legg* v. *Erie R. R. Co.*, 141 App. Div. 876, affirmed.
(Argued June 17, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1911, which affirmed a judgment in favor of defendant entered upon an order of the court at a Trial Term, setting aside a verdict in favor of plaintiff, and dismissing the complaint in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned by the negligence of defendant.

*Lewis E. Carr, Abram F. Servin* and *Rosslyn M. Cox* for appellant.

*Elbert N. Oakes, Thomas Watts* and *John Bright* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: GRAY, J.